(October 2, 1917.)

TIMOTHY DORE, as Special Deputy State Bank Commissioner of the Leadore State Bank, Appellant, v. ERNEST R. BENEDICT, Respondent.

[167 Pac. 1165.]

APPEAL from the District Court of the Sixth Judicial District, for Lemhi County. Hon. James R. Bothwell, Presiding Judge.

Action to recover the par value of certain bank stock alleged to have been held by a stockholder of an insolvent state bank. Judgement for plaintiff. *Affirmed.*

E. W. Whitcomb, for Appellant.

Stevens & Clute and A. C. Cherry, for Respondent.

BUDGE, C. J.—The parties to the above-entitled action and their respective attorneys have stipulated, "that the judge-

ment to be rendered upon appeal in the above-entitled action shall be governed by the judgment that may be rendered in the case of *Timothy Dore, as Special Deputy State Bank Commissioner of the Leadore State Bank, Plaintiff, v. Morris H. Cottom, Defendant,*" *ante,* p. 696, 167 Pac. 1164. Upon the authority of that case the judgment of the trial court in this cause is affirmed. Costs awarded to respondent.

Morgan and Rice, JJ., concur.